**Patricia A. EADDY, Plaintiff–
Appellant,**

v.

**Michael J. ASTRUE, Commissioner,
Social Security, Defendant–
Appellee.**

No. 13–1396.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2013.

Decided: Aug. 6, 2013.

Patricia A. Eaddy, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before AGEE and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Eaddy appeals the district court's order upholding the Commissioner of Social Security's decision to reduce her widow's benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Eaddy v. Astrue,* No. 8:11–cv–02307–TMD, 2013 WL 398665 (D.Md. Jan. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*